**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1042

CARLA WILLIAMS,

Plaintiff - Appellant,

v.

MICHELLE NEDELKA; VISHWA PATEL; JOSEPH FRENKEL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:23-cv-00370-RAJ-RJK)

Submitted: May 30, 2024                                    Decided: June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carla Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carla Williams appeals the district court's order dismissing her complaint without prejudice for failing to comply with the court's order to pay the filing fee or file a renewed motion to proceed in forma pauperis.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Williams v. Nedelka*, No. 2:23-cv-00370-RAJ-RJK (E.D. Va. Dec. 7, 2023).  We also deny Williams' pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*